```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARMELA WALLACE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :       20-CV-7610 (VSB)
                  -against-                                 :
                                                            :            ORDER
THE IM. GROUP, LLC, and SEAN WELCH,                         :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on September 16, 2020, (Doc. 1), and filed an affidavit of service on as to Defendant Sean Welch on November 25, 2020, (Doc. 12). The deadline for Defendant Sean Welch to respond to Plaintiff's complaint was December 15, 2020. (*See* Doc. 12.) To date, Defendant Sean Welch has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Defendant Sean Welch. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 29, 2020. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss Plaintiff's case against Sean Welch for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 18, 2020
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge