**JONATHAN D. DAVIS, P.C.**
ATTORNEYS AT LAW

10 ROCKEFELLER PLAZA
SUITE 1015
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

March 23, 2021

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 3/26/2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
40 Foley Square, Room 415
New York, New York 10007

Re:  Wallace v. The IM. Group, LLC, et al., 20-cv-7610 (VSB)

Dear Judge Broderick:

We are the attorneys for Plaintiff Carmela Wallace, personal representative of the Estate of Jarad Higgins p/k/a Juice WRLD (the "Estate"), in the above-referenced action against Defendants The IM. Group, LLC and Sean Welch (collectively, "Defendants"). The action concerns claims for breach of fiduciary duty, breach of contract, unjust enrichment, negligence, and an accounting.

We write to respectfully request a 30-day extension of the March 29, 2021 deadline for the Estate to file its default judgment application against Defendants – the business managers that controlled and mismanaged Mr. Higgins's financial affairs before their services were terminated. [Dkt. No. 15.][1]  Under the requested extension, the new date for the Estate's default judgment motion under Rule 4.H. of your Honor's Individual Rules of Practice in Civil Cases would be April 28, 2021.  This is the second extension requested by the Estate, and is necessitated, in part, by the difficulties encountered due to the ongoing pandemic.

The investigator that the Estate employed to assist in the search for Defendants has failed to locate where Mr. Welch is conducting Defendants' day-to-day operations.  Defendants' absence has intensified and complicated the difficulties of preparing the default judgment motion.

---

[1] Defendants provided business management services to Plaintiff's son, Jarad Higgins p/k/a Juice WRLD, a successful recording artist who tragically died a young man in December 2019.  Mr. Higgins's song *Lucid Dreams*, which appears on the RIAA-certified Platinum album *Goodbye & Good Riddance*, is a six-time Platinum single that reached No. 2 on the *Billboard Hot 100*.  Mr. Higgins also performed on more than a dozen other singles that have been either RIAA-certified Platinum or multi-Platinum, as well as numerous singles that have been RIAA-certified Gold.

The Honorable Vernon S. Broderick
March 23, 2021
Page 2

In addition, the Estate seeks this extension to analyze the documents it was able to obtain voluntarily or by subpoena from third-parties concerning, among other things, some of the financial information Defendants have not produced to the Estate because of their non-participation in this litigation [Dkt. Nos. 11 & 18 (entry of default against each defendant)], and their failure to turn over to the Estate all of the files and documents entrusted to them, which documents should have been provided by Defendants, without objection, due to the fiduciary duties owed by them to Mr. Higgins and now his Estate.

Among the documents the Estate received this month are electronic documents JPMorgan Chase Bank, N.A. produced in response to the Estate's subpoena. Other documents were voluntarily obtained from BMI and BMG. The Estate's business manager is working with the undersigned counsel to evaluate whether the Estate has sufficient information to calculate the damages it sustained from Defendants' unlawful conduct.

If the documents in the Estate's possession do not allow it to sufficiently establish its damages, then the Estate will continue to pursue recovering the necessary information directly from Defendants so the Estate is not left without a remedy. One option the Estate is considering is whether to pursue a partial default judgment against Defendants solely on the Estate's accounting claim to allow the Estate to obtain the financial information from Defendants using the coercive and contempt powers of this Court. Assuming the necessary financial materials are obtained from a default judgment granted on the accounting claim, the Estate would then attempt to use that information to establish its damages on the other claims.

We thank the Court for its consideration of the requested relief.

Respectfully submitted,

/s/ *Jonathan D. Davis*

Jonathan D. Davis

JDD:hs