# JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW

IO ROCKEFELLER PLAZA
SUITE 1015
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

June 16, 2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
40 Foley Square, Room 415
New York, New York 10007

    Re:   <u>Wallace v. The IM. Group, LLC, et al., 20-cv-7610 (VSB)</u>

Dear Judge Broderick:

    We are counsel for Plaintiff Carmela Wallace, personal representative of the Estate of Jarad Higgins p/k/a Juice WRLD ("Plaintiff"), in the above-referenced action against Defendants The IM. Group, LLC and Sean Welch (collectively, "Defendants").

    On May 25, 2021, and in response to Plaintiff's Motion for Default Judgment ("Motion"), this Court issued an Order ("Order") directing the parties to appear on June 24, 2021 at 1:00 p.m. for a telephonic hearing on the Motion [Dkt. No. 27.] The Order also set a schedule for the submission of opposition and reply papers, and required Plaintiff to serve a copy of the Order on Defendants. Plaintiff served a copy of the Order on Defendants as required. To date, no opposition has been filed.

    Due to a necessary medical procedure that my doctor directed I undergo on June 24, 2021, I respectfully request, as lead counsel for Plaintiff, a one-week adjournment of next week's hearing to July 1, 2021 or another day convenient for the Court. Because Defendants have not appeared in this action in any manner, I have not sought their consent to the adjournment. This is Plaintiff's first request for an adjournment of the telephonic hearing on the Motion.

    Lastly, and in an abundance of caution, I respectfully seek confirmation from the Court that only counsel for Plaintiff, and not Ms. Wallace herself, is required to appear at the telephonic hearing on the Motion.

I thank the Court for its consideration of the requested relief.

Respectfully submitted,

/s/ *Jonathan D. Davis*

Jonathan D. Davis

cc: Mr. Sean Welch
    The IM. Group, LLC
    (Via PDF/Email - SWelch@theim-group.com)

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 6/18/2021

The telephonic hearing previously scheduled for June 24, 2021 is hereby adjourned to July 1, 2021 at 1:00 p.m. Only counsel for Plaintiff, and not the Plaintiff herself, is required to appear at the hearing. IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order upon Defendants by no later than June 22, 2021 and shall file proof of service by June 29, 2021.