UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARMELA WALLACE, as the personal representative
of the ESTATE of JARAD HIGGINS p/k/a Juice WRLD,

        Plaintiff,

        v.

THE IM. GROUP, LLC and SEAN WELCH,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-07610

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmela Wallace, as the personal representative of the Estate of Jarad Higgins p/k/a Juice WRLD, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants The IM. Group, LLC and Sean Welch.

Dated: March 1, 2022
       New York, New York

                            JONATHAN D. DAVIS, P.C.

                            By: /s/ *Jonathan D. Davis*
                                Jonathan D. Davis
                                1 Rockefeller Plaza, Suite 1712
                                New York, New York 10020
                                (212) 687-5464

                                *Attorneys for Plaintiff Carmela Wallace,*
                                *as personal representative of the Estate*
                                *of Jarad Higgins p/k/a Juice WRLD*